IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JERRY THOMAS TAPP,

      Petitioner,

v.

THE ATTORNEY GENERAL OF THE
STATE OF WYOMING,

      Respondent.

Civil No. 08-1416-AC

ORDER

ACOSTA, Magistrate Judge.

    IT IS ORDERED that Petitioner's Motion for Voluntary Dismissal of Petition for Writ of Habeas Corpus (#8) is GRANTED.

    IT IS SO ORDERED.

    DATED this 10th day of February, 2009.

                                               /s/ John V. Acosta
                                           John V. Acosta
                                           United States Magistrate Judge